**Order entered May 12, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00090-CR

**CARLON LEE LACY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F20-58719-H**

### ORDER

Before the Court is appellant's May 7, 2021 first motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on June 28, 2021.

/s/    ERIN A. NOWELL
        JUSTICE